U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2024 APR -1  P 12: 11

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

LeighAnn Garcia

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-against-

David Chapman

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

**Complaint for a Civil Case**

Civil No. _____
(to be filled in by the Clerk's Office)

Jury Trial:   ☐ Yes   ☐ No
(check one)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: LeighAnn Garcia
Street Address: 560 Main St; PO Box 971
City and County: Gorham, Cumberland
State and Zip Code: Me 04038
Telephone Number: 207-413-6858
E-mail Address: L.Garcia0422@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
Name: David Chapman
Job or Title (if known):
Street Address: 381 County Rd
City and County: Scarborough, Cumberland
State and Zip Code: Me 04074
Telephone Number: 207-415-6987
E-mail Address (if known):

Defendant No. 2
Name:
Job or Title (if known):
Street Address:
City and County:

        State and Zip Code  _____

        Telephone Number  _____

        E-mail Address  _____
        (if known)

    Defendant No. 3

        Name  _____

        Job or Title  _____
        (if known)

        Street Address  _____

        City and County  _____

        State and Zip Code  _____

        Telephone Number  _____

        E-mail Address  _____
        (if known)

    Defendant No. 4

        Name  _____

        Job or Title  _____
        (if known)

        Street Address  _____

        City and County  _____

        State and Zip Code  _____

        Telephone Number  _____

        E-mail Address  _____
        (if known)

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.   If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*I am being discriminated against and potentially evicted for having emotional support animals. Asking for maximum award for myself and my children.*

**B.   If the Basis for Jurisdiction Is Diversity of Citizenship**

1.   The Plaintiff(s)

   a.   If the plaintiff is an individual

      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

   a.   If the defendant is an individual

      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

### V. Closing

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4-1, 2024

Signature of Plaintiff    *L. Garcia*

Printed Name of Plaintiff    Leigh Ann Garcia

b.   If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or is* incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____
_____
_____

### III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

DEPUTY CLERK

4-1-2024

To Whom It May Concern-

I moved into my current residence on November 20, 2023. Exactly 2 weeks later, my landlord made the decision that he no longer wanted to rent to me. Only thing I can think of is because he said my emotional support animals, which I had disclosed to his wife Mary at the time I came to walk through the rental. I can't think of any other reason and it came to a huge surprise to me when they told me. I have filed a formal complaint with the Maine Human rights division, informed my lawyer and also have copies of all email communications between landlord and my housing authority. It shows how in the beginning they were excited to move forward; then to where their email informing housing they no longer wanted to rent to one and proceeded to cancel the contract to receive any monies for my family. I also have documents to show that housing was to pay 100% of cost of rent while I was responsible for utilities. In the end, I now have received 3 different reasons for being evicted and have documents for all of them.

Leighann Garcia
PO Box 971
Gorham, ME 04038