UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| LEIGHANN GARCIA, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | 2:24-CV-00109-LEW |
| | ) | |
| DAVID CHAPMAN, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER AFFIRMING REPORT AND RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

Plaintiff LeighAnn Garcia filed this lawsuit pro se, alleging that Defendant David Chapman, her former landlord, discriminated against her.  In her Complaint, Plaintiff alleges that she moved into the Defendant's rental property on November 20, 2023, and that two weeks after she moved in, the Defendant decided that he did not want to rent to her.  As for why the Defendant may have changed his mind, Plaintiff alleges that the "[o]nly thing" she "can think of is because he saw" her "emotional support animals," which she "had disclosed to his wife" beforehand.  Complaint (ECF No. 1) at 7.  Plaintiff explains that she has "received 3 different reasons for being evicted," though she does not elaborate any further.

On April 19, 2024, Magistrate Judge John C. Nivison recommended that the Court dismiss Plaintiff's case (unless she amended her Complaint within fourteen days) for

failing to plausibly allege, as required, that she suffers a disability[1] within the meaning of the Fair Housing Act.  *See* Recommended Decision After Review of Plaintiff's Complaint (ECF No. 6).  Disability is defined as "a physical or mental impairment which substantially limits one or more of such person's major life activities," "a record of having such an impairment," or "being regarded as having such an impairment."  42 U.S.C. § 3602(h)(1)–(3).  Because Plaintiff's Complaint contains no information about her disability, she has failed to state a claim under the Fair Housing Act.

The time within which to file objections expired on May 3, 2024, and no objections have been filed.  Magistrate Judge Nivison notified the Plaintiff that failure to object would waive her right to *de novo* review and appeal.

It is therefore ORDERED that the Recommended Decision After Review of Plaintiff's Complaint (ECF No. 6) is hereby AFFIRMED and ADOPTED.  The case is DISMISSED.

**SO ORDERED.**

Dated this 18th day of June, 2024.

  /s/ Lance E. Walker
CHIEF U.S. DISTRICT JUDGE

---

[1] Like Magistrate Judge Nivison, I use the term "disability," rather than "handicap," which is used in the statute.

2